LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRIS WILSON, | No. 2:22-cv-07659-DFM |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED SEVENTY-TWO AND 66/100 ($3,772.66), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE: July 20, 2023         _____
                                     HON. DOUGLAS F. MCCORMICK
                                     UNITED STATES MAGISTRATE JUDGE